UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BUSTOS, | Case No. 1:26-cv-02004-HBK |
| Plaintiff, | ORDER STRIKING UNSIGNED COMPLAINT |
| v. | ORDER DIRECTING CLERK TO PROVIDE COPY OF UNSIGNED COMPLAINT TO PLAINTIFF FOR SIGNING AND REFILINIG |
| HERRON, | |
| Defendant. | 30-DAY DEADLINE |

Plaintiff Adam Bustos, a prisoner, initiated this action by filing a pro se civil rights complaint on March 12, 2026. (Doc. 1, Complaint). Upon review, the Court finds the Complaint facially deficient because it is not signed by Plaintiff under penalty of perjury. (*See* Doc. 1 at 6). Rule 11 requires all pleadings, written motions, and other papers be signed by at least one attorney of record or by a party personally if the party is unrepresented. Fed. R. Civ. P. 11(a); *see also* E.D. Ca. Local Rule 131(b). Because the Court cannot consider unsigned filings, the Complaint must be stricken. Fed. R. Civ. P. 11(a); L.R. 131(b). L.R. 131(b). *See, e.g.*, *West v. Hulbert*, 2016 WL 2854416, at *1 (E.D. Cal. May 16, 2016) ("Because the Court cannot consider unsigned filings, the complaint must be STRICKEN"); *Anderson v. Krpan*, 2015 WL 402086, at *2 (E.D. Cal. Jan. 29, 2015) ("The Court cannot consider unsigned filings and therefore, the first amended complaint shall be stricken from the record.").

////

Accordingly, it is ORDERED:

1.  The Clerk shall STRIKE Plaintiff's Complaint (Doc. 1) from the docket.

2.  Within thirty (30) days of the date on this Order, Plaintiff shall return for filing his complaint dated and signed under penalty of perjury.

3.  The Clerk of Court shall include a copy of the unsigned complaint (Doc. 1) for Plaintiff's convenience in signing, dating and refiling his complaint.

4.  Plaintiff's failure to timely comply with this Order will result in the undersigned recommending the district court dismiss this case for Plaintiff's failure to comply with a Court order and prosecute this action.

Dated:    March 24, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2